No. 367, Misc.   BARKAN *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States et al.

No. 496, Misc.   ANDERSON *v.* CHAPPELL ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 498, Misc.   DELPIT *v.* NOCUBA SHIPPING CO. ET AL. C. A. 5th Cir.   Certiorari denied.   *John W. Bryan, Jr.* for petitioner.   *Jos. M. Rault* for respondents.

No. 505, Misc.   JAMES *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 515, Misc.   GOODWIN *v.* MISSOURI ET AL.   Supreme Court of Missouri.   Certiorari denied.

No. 518, Misc.   JAMISON *v.* O'BRIEN, PAROLES SUPERINTENDENT, ET AL.   Circuit Court of Henry County, Illinois.   Certiorari denied.

No. 520, Misc.   BENTZ *v.* WASHINGTON.   Supreme Court of Washington.   Certiorari denied.

No. 523, Misc.   SHIMKO *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania. Certiorari denied.